UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: 6:22-cv-02218-PGB-EJK

DAVID MING TOM,
    Plaintiff,

vs.

KLOZE MORTGAGE CORP.
    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Rule 3.09(a) of the United States District Court, Middle District of Florida Local Rules, Plaintiff David Ming Tom and Defendant Kloze Mortgage Corp., by and through undersigned counsel, hereby give Notice of their voluntary dismissal of this case with prejudice.

Dated: January 5, 2023                  Respectfully submitted,

                                                   DAVID MING TOM
                                                   1058 HERNE AVENUE
                                                   PALM BAY, FL. 32907
                                                   321-725-9212
                                                   321-917-0760
                                                   DAVID.M.TOM@GMAIL.COM
                                                   Pro Se

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was sent to the clerk of court and served email on January 5, 2023 upon the following:

CANNADY AND ASSOCIATES
200 S ANDREWS AVENUE
SUITE 604
FORT LAUDERDALE, FL. 33301
INFO@CANNADYANDASSOCIATES.COM
Attorney for Defendant